Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| James Jenkins; Shawn Pickett; Arnold Threets <br><br> Plaintiff <br> v. <br> City of Richmond, a California Governmental Entity, and DOES 1 through 50, inclusive <br><br> Defendant | CV 08 3401 <br><br> Civil Action No. <br><br> MHP |

**Summons in a Civil Action**

To: City of Richmond

*(Defendant's name)*

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Christopher B. Dolan
Rachel Pusey
The Dolan Law Firm
1438 Market Street
San Francisco, CA  94102

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:  JUL 1 5 2008

Deputy clerk's signature
MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

% AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __08/11/2008__, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Diane Holmes-by Serving Patrick Seal, Assistant to Diane Holmes-City Clerk__ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____ .

My fees are $ _____ for travel and $ __45.00__ for services, for a total of $ __45.00__ .

Date: __08/14/2008__

_Grandville Smith_ (Server's signature)

**Grandville Smith-Process Server**
Printed name and title

75-A Allemany Street
Daly City, CA 94014

Server's address