ARTHUR A. HARTINGER (SBN 121521)
khartinger@meyersnave.com
GEOFFREY SPELLBERG (SBN 121079)
gspellberg@meyersnave.com
KIMBERLY M. DRAKE (SBN 209090)
kdrake@meyersnave.com
HAIG E. BAGHDASSARIAN (SBN 229481)
hbaghdassarian@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for DEFENDANT CITY OF RICHMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES JENKINS, SHAWN PICKETT, AND ARNOLD THREETS, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF RICHMOND, a California Governmental Entity, <br><br> Defendant. | CASE NO. C 08-03401 MHP <br><br> **STIPULATION GRANTING EXTENSION OF TIME FOR CITY OF RICHMOND TO ANSWER COMPLAINT** |

IT IS HEREBY STIPULATED, by and between Plaintiffs James Jenkins, Shawn Pickett and Arnold Threets ("Plaintiffs") and Defendant City of Richmond ("the City") as follows:

WHEREAS, the City was served with Plaintiff's Complaint in this matter on or about August 11, 2008;

WHEREAS, some confusion was created as a result of the Summons served upon the City, which indicated that an answer to the complaint was due within 60 days after service of the Summons (see Exhibit A attached hereto);

1  WHEREAS, Plaintiffs and the City agree to a brief extension of time for the City to answer
2  or otherwise respond to the Complaint, such that no party to this action will be prejudiced, nor any
3  deadline which has already been fixed by the Court be affected.
4  THEREFORE, Plaintiffs and the City hereby stipulate and agree the City shall have an
5  extension of time until September 22, 2008 to answer or otherwise respond to the Complaint.
6  SO STIPULATED.
7  DATED: August 29, 2008     MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/ Arthur A. Hartinger
Arthur A. Hartinger
Geoffrey Spellberg
Kimberly M. Drake
Haig E. Baghdassarian
Attorneys for DEFENDANT, CITY OF RICHMOND

14 DATED: August 29, 2008     THE DOLAN LAW FIRM

By: /s/ Rachel Pusey
Christopher B. Dolan
Rachel Pusey
Attorneys for PLAINTIFFS, JAMES JENKINS, SHAWN PICKETT AND ARNOLD THREETS

19 IT IS SO ORDERED:
20 DATED: September 5, 2008

By: _____
US NORTHERN DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

1142402.1

**EXHIBIT A**

AO 440 (Rev. 03/08) Civil Summons (eand 6/08)                                    Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

E-filing

James Jenkins; Shawn Pickett; Arnold Threets  )
)
)
CV 08 3401
)
Plaintiff  )
v.  )     Civil Action No.
City of Richmond, a California Governmental )
Entity, and DOES 1 through 50, inclusive )
)
)
Defendant )

MHP

**Summons in a Civil Action**

To: City of Richmond

(Defendant's name)

A lawsuit has been filed against you.

    Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Christopher B. Dolan
Rachel Pusey
The Dolan Law Firm
1438 Market Street
San Francisco, CA 94102

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUL 1 5 2008

Deputy clerk's signature
MARY ANN BUCKLEY

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)