ARTHUR A. HARTINGER (SBN 121521)
khartinger@meyersnave.com
GEOFFREY SPELLBERG (SBN 121079)
gspellberg@meyersnave.com
KIMBERLY M. DRAKE (SBN 209090)
kdrake@meyersnave.com
HAIG E. BAGHDASSARIAN (SBN 229481)
hbaghdassarian@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

LOUISE H. RENNE (SBN 36508)
City Attorney, City of Richmond
1401 Marina Way South
Richmond, California 94804

Attorneys for Defendant
CITY OF RICHMOND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES JENKINS, SHAWN PICKETT, AND ARNOLD THREETS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, a California Governmental Entity,<br><br>Defendant. | CASE NO. C 08-03401 MHP<br><br>[PROPOSED] ORDER GRANTING DEFENDANT CITY OF RICHMOND'S REQUEST TO FILE MOTION TO DISMISS<br><br>**Jury Trial Demanded** |

## ORDER

GOOD CAUSE APPEARING therefor, the Court hereby grants Defendant City of Richmond's request to file a Motion to Dismiss, Stay or Transfer. Defendant may file said Motion

C 08-03401 MHP
[PROPOSED] ORDER GRANTING DEFENDANT CITY OF RICHMOND'S REQUEST TO FILE MOTION TO DISMISS

1 | prior to the October 20, 2008 Case Management Conference and in compliance with all applicable
2 | statutes and Court rules.

3 **IT IS SO ORDERED.**

4 Dated: 9/18/2008



HONORABLE MARILYN H. PATEL
United States District Judge

7 1148968.1