CHRISTOPHER B. DOLAN (SBN 165358)
chris@cbdlaw.com
RACHEL M. PUSEY (SBN 224880)
rachel@cbdlaw.com
THE DOLAN LAW FIRM
1438 Market Street
San Francisco, CA 94102
Tel.: (415) 421-2800
Fax.: (415) 421-2830

Attorneys for Plaintiffs
JAMES JENKINS, SHAWN PICKETT,
ARNOLD THREETS

ARTHUR A. HARTINGER (SBN 121521)
khartinger@meyersnave.com
GEOFFREY SPELLBERG (SBN 121079)
gspellberg@meyersnave.com
KIMBERLY M. DRAKE (SBN 209090)
kdrake@meyersnave.com
HAIG E. BAGHDASSARIAN (SBN 229481)
hbaghdassarian@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Tel.: (510) 808-2000
Fax.: (510) 444-1108

Attorneys for Defendant
CITY OF RICHMOND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES JENKINS, SHAWN PICKETT, AND ARNOLD THREETS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, a California Governmental Entity,<br><br>Defendant. | CASE NO. C 08-03401 MHP<br><br>**JOINT STIPULATION SETTING BRIEFING SCHEDULE FOR HEARING ON CITY'S MOTION TO DISMISS AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE TO NOVEMBER 17, 2008; PROPOSED REVISED CASE MANAGEMENT SCHEDULE AND ORDER**<br><br>[Civil L. R. 6-1, 7-12, 16-2(d),(e).] |

C 08-03401 MHP

JOINT STIPULATION SETTING BRIEFING SCHEDULE FOR HEARING ON CITY'S MOTION TO DISMISS AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE TO NOVEMBER 17, 2008; PROPOSED REVISED CASE MANAGEMENT SCHEDULE AND ORDER

Plaintiffs James Jenkins, Shawn Pickett and Arnold Threets ("Plaintiffs") commenced this federal lawsuit on July 15, 2008;

Defendant City of Richmond ("City") was served with a summons and Complaint on or about August 11, 2008;

By stipulation of the parties, the date for defendant City to file a responsive pleading was continued to September 22, 2008 (which did not affect this Court's Order Setting Initial Case Management Conference and ADR Deadlines);

On September 17, 2008, the City served a Notice of Pendency of Other Action or Proceeding to notify the Court of a related case entitled *Booker, et al. v. City of Richmond, et al.* pending in Contra Costa County Superior Court;

On September 18, 2008, this Court granted the City leave to file a Motion to Dismiss before the initial Case Management Conference currently scheduled for October 20, 2008;

If the City files and serves and notices a Motion to Dismiss between now and next Monday, September 22, 2008 (in accordance with the parties' stipulation) the earliest date the Motion can be heard – based upon the requirements for noticed motions (Civil L.R. 7-2) and the Court's law and motion calendar – is November 17, 2008, which is a date after the currently scheduled initial Case Management;

To ensure a fruitful and productive Case Management Conference, and to promote judicial economy and the convenience of the parties and the Court, the parties have met and conferred and agreed to a briefing schedule for the City's Motion to Dismiss to be noticed for hearing on November 17, 2008; to continue the initial Case Management Conference to November 17, 2008; and to a proposed, revised Case Management schedule.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-referenced action, through their respective counsel, and subject to the Court's approval, as follows:

1. The City's Motion to Dismiss will be scheduled for hearing on November 17, 2008 at 2:00 PM in Courtroom 15, 18th Floor;

2. With respect to the City's Motion to Dismiss, and in accordance with Civil L.R. 7-2 and 7-3, the briefing schedule for said Motion is as follows:

|   |   |
|---|---|
| 1 | a. Moving papers to be filed by October 10, 2008; |
| 2 | b. Opposition papers to be filed by October 27, 2008; |
| 3 | c. Reply papers to be filed by November 3, 2008; |

3. The initial Case Management Conference, currently scheduled for October 20, 2008, will be continued to November 17, 2008 at 4:00 PM in Courtroom 15, 18th Floor;

4. The revised case management schedule will be as follows:

| Date | Event | Governing Rule |
|---|---|---|
| 10/24/2008 | Last day to: | |
| | • Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; | Fed. R. Civ. P. 26 (f) & ADR L.R. 3-5 |
| | • File ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil L.R. 16-8 (b) & ADR L.R. 3-5 (b) |
| | • File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov) | Civil L.R. 16-8 (b) & ADR L.R. 3-5 (b) |
| 11/10/2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | Civil L.R. 16-8 (c) & ADR L.R. 3-5 (b) & (c) |
| 11/17/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm 15, 18th Floor, SF at 4:00 P.M. | Civil L.R. 16-10 |

Dated: ~~July 1,~~ Sept 19, 2008

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____
Kimberly M. Drake
Attorneys for Defendant
CITY OF RICHMOND

Dated: ~~July 1,~~ Sept. 19, 2008

THE DOLAN LAW FIRM

By: _____
Rachel M. Pusey
Attorneys for Plaintiffs
JAMES JENKINS, SHAWN PICKETT and
ARNOLD THREETS

1

## ORDER

2   PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS.

3   1.   The City's Motion to Dismiss is scheduled for hearing on November 17, 2008 at
4   2:00 PM in Courtroom 15, 18th Floor;

5   2.   The Court adopts the parties' briefing schedule for said Motion;

6   3.   The initial Case Management Conference currently scheduled for October 20, 2008
7   is hereby VACATED;

8   4.   The initial Case Management Conference is continued to November 17, 2008 at
    2:00
9   ~~4:00~~ PM in Courtroom 15, 18th Floor;

10   5.   The Court adopts the parties' proposed, revised case management schedule.

11   **IT IS SO ORDERED.**

12   Dated: __9/23/2008__

13   _____
     HONORABLE
14   United States

15   1149361.1

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

*[Stamp: IT IS SO ORDERED, signature, Judge Marilyn H. Patel]*