1  Christopher B. Dolan (SBN 165358)
   chris@cbdlaw.com
2  Rachel M. Pusey (SBN 224880)
   rachel@cbdlaw.com
3  **THE DOLAN LAW FIRM**
   1438 Market Street
4  San Francisco, CA 94102
   Tel: (415) 421-2800
5  Fax: (415) 421-2830

6  Attorneys for Plaintiffs
   JAMES JENKINS, SHAWN PICKETT, ARNOLD
7  THREETS AND CLEVELAND BROWN

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13  JAMES JENKINS, SHAWN PICKETT,        Case No.: C 08-03401 MHP
    ARNOLD THREETS, AND CLEVELAND
    BROWN
14                                        **JOINT STIPULATION AND** [proposed]
                                          **ORDER TO CONTINUE CASE**
15        Plaintiffs,                     **MANAGEMENT CONFERENCE**

16  v.

17  CITY OF RICHMOND, a California        Date:  May 4, 2009
    Governmental Entity; and DOES 1 through  Time: 3:00 p.m.
18  50, inclusive,                        Ctrm: 15, 18th Floor
                                          Judge: Marilyn Hall Patel
19        Defendants.

20

21

22

23

24        WHEREAS a Case Management Conference in the above-captioned matter is currently set before

25  the Honorable Marilyn Hall Patel on May 4, 2009 at 3:00 p.m.

26        WHEREAS the parties each have a motion set on calendar in the above-captioned matter before

27  the Honorable Marilyn Hall Patel on June 1, 2009 at 2:00 p.m.

28        WHEREAS the parties believe that the hearing on these June 1, 2009 motions may resolve

---
1

JOINT STIPULATION AND [proposed] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

discovery issues which would otherwise be heard by the Court during Case Management Conference.

WHEREAS, good cause exists to grant a brief continuance of the Case Management Conference to conserve judicial resources.

Based on the foregoing, the parties hereto through their respective counsel stipulate to continue the Case Management Conference set for May 4, 2009 at 3:00 p.m. to June 1, 2009 at 3:00 p.m.

The parties agree that no party will be prejudiced by the requested continuance.

For the purpose of this stipulation facsimile signatures will be deemed original.

DATED: April 23, 2009                    THE DOLAN LAW FIRM

                                         By: _____
                                         RACHEL M. PUSEY
                                         Attorney for Plaintiffs

DATED: April 23, 2009                    MEYERS NAVE RIBACK SILVER

                                         By: _____
                                         ARTHUR HARTINGER
                                         Attorney for Defendant

**IT IS SO ORDERED:**

The Case Management Conference currently set for May 4, 2009 at 3:00 p.m. is continued to June 1, 2009 at 2:00 p.m.

Date: April 28, 2009

Honorable Judge Marilyn H. Patel
JUDGE

*IT IS SO ORDERED — Judge Marilyn H. Patel (United States District Court, Northern District of California)*

THE DOLAN LAW FIRM
TRIAL LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
SAN FRANCISCO, CA 94102
TEL: (415) 421-2800
FAX: (415) 421-2830