ARTHUR A. HARTINGER (SBN 121521)
ahartinger@meyersnave.com
GEOFFREY SPELLBERG (SBN 121079)
gspellberg@meyersnave.com
KIMBERLY M. DRAKE (SBN 209090)
kdrake@meyersnave.com
REICHI LEE (SBN 228578)
rlee@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
CITY OF RICHMOND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES JENKINS, SHAWN PICKETT, AND ARNOLD THREETS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, a California Governmental Entity; and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE NO. C 08-03401 MHP<br><br>**ORDER PERMITTING VIDEO TAPING AND COURT REPORTER EQUIPMENT** |

    For good cause shown, it is hereby ordered that the parties in the above referenced matter may be bring video taping and court reporting equipment into the United States District Court for conducting video taping of depositions in this matter.

    This order is in effect from the date signed until April 15, 2010.

IT IS SO ORDERED

*/s/ Marilyn H. Patel*
Judge Marilyn H. Patel

---

Order Permitting Video Taping and Court Reporting Equipment

IT IS SO ORDERED.

DATED: January ___, 2010

_____
HONORABLE MARILYN H. PATEL

1342974.1