Christopher B. Dolan (SBN 165358)
chris@cbdlaw.com
Anne Costin (SBN 260126)
anne@cbdlaw.com
**THE DOLAN LAW FIRM**
1438 Market Street
San Francisco, CA 94102
Tel: (415) 421-2800
Fax: (415) 421-2830

Attorneys for Plaintiffs
JAMES JENKINS, SHAWN PICKETT, ARNOLD THREETS AND CLEVELAND BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES JENKINS, SHAWN PICKETT, ARNOLD THREETS, AND CLEVELAND BROWN<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, a California Governmental Entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: C 08-03401 MHP<br><br>**JOINT STIPULATION AND [proposed] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Ctrm: 15, 18th Floor<br>Judge: Hon. Marilyn Hall Patel |

1  WHEREAS a Case Management Conference in the above-captioned matter is currently set before
2  the Honorable Marilyn Hall Patel on February 18, 2010 at 2:30 p.m;
3  WHEREAS Plaintiffs Counsel has a calendar conflict and is unable to appear before this Court on
4  February 18, 2010;
5  WHEREAS Counsel and Special Master Catherine Yanni will be present on February 26, 2010 at
6  the Northern District Court for a deposition in this matter;
7  The Parties hereto through their respective Counsel STIPULATE to continue the Case
8  Management Conference set for February 18, 2010 at 2:30 p.m. to February 26, 2010 at 2:30 p.m.

DATED: February 1, 2010

**THE DOLAN LAW FIRM**

By: _____

CHRISTOPHER B. DOLAN
ANNE COSTIN
Attorneys for Plaintiffs


DATED: February 1, 2010

**MEYERS NAVE RIBACK SILVER**

By: _____

GEOFFREY SPELLBERG
ARTHUR HARTINGER
CAMILLE HAMILTON-PATING
Attorneys for Defendant

**IT IS SO ORDERED:**

The Case Management Conference currently set for February 18, 2010 at 2:30 p.m is continued to February 26, 2010 at 2:30 p.m.

Date: February 5, 2010

_____
Honorable Marilyn
JUDGE OF THE

IT IS SO ORDERED
Judge Marilyn H. Patel

THE DOLAN LAW FIRM
TRIAL LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
SAN FRANCISCO, CA 94102
TEL: (415) 421-2800
FAX: (415) 421-2830