ARTHUR A. HARTINGER (SBN 121521)
ahartinger@meyersnave.com
GEOFFREY SPELLBERG (SBN 121079)
gspellberg@meyersnave.com
KIMBERLY M. DRAKE (SBN 209090)
kdrake@meyersnave.com
REICHI LEE (SBN 228578)
rlee@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
CITY OF RICHMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES JENKINS, SHAWN PICKETT, AND ARNOLD THREETS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, a California Governmental Entity; and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE NO. C 08-03401 MHP<br><br>**ORDER PERMITTING VIDEO TAPING AND COURT REPORTER EQUIPMENT** |

For good cause shown, it is hereby ordered that the parties in the above referenced matter may be bring video taping, video recording and video playing and court reporting equipment into the United States District Court for conducting video taping of depositions in this matter.

This order is extended and in effect from the date signed until July 15, 2010.

IT IS SO ORDERED.

4/22/10

1411827                                                                                               C 08-03401 MHP

Order Permitting Video Taping and Court Reporting Equipment