Catherine A. Yanni Esq.
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: 415-774-2657
Facsimile: 415-982-5287
SPECIAL MASTER

UNITED STATE COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenkins, James, et al., | [PROPOSED] ORDER ISSUING INJUNCTION |
| Plaintiffs, | CASE No. C08-3401 MHP |
| vs. | JAMS REFERENCE #1100058859 |
| City of Richmond, | |
| Defendants. | |

SUPERIOR COURT OF STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA

| | |
|---|---|
| Booker, Michael et al., | [PROPOSED] ORDER ISSUING INJUNCTION |
| Plaintiffs, | CASE No. C07-00408 |
| vs. | JAMS REFERENCE #1100059411 |
| City of Richmond, | |
| Defendants. | |

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, the Court hereby issues the following injunction:

**A.   REASONS FOR ISSUANCE:**

Issues have arisen regarding dissemination of information regarding the litigation, including but not limited to Plaintiffs' release of a DVD containing deposition testimony obtained in the course of discovery. Both the parties and their counsel have made statements regarding the

1 DVD and the litigation to the press. Each side has sought to express its views on the litigation
2 publicly, and the Court is concerned that this matter should be tried in the United States District
3 Court before a jury, and not in the Court of public opinion. Therefore in an effort to reduce pre-
4 trial publicity and to preserve the independence of the potential jury pool, the Court enters the
5 following injunction.

**B. PERSONS BOUND:**

In accordance with Federal Rule of Civil Procedure §65, subd. (d)(2), this injunction binds only the following individuals, provided that they receive actual notice of such order: (a) the parties; (b) the parties' officers (including all Richmond City Councilmembers), agents, servants, employees, and attorneys; and (c) other persons who are in "active concert or participation" with the parties or the parties' officers, agents, servants, employees, and attorneys. All individuals defined above are hereinafter collectively referred to in this Order as "PERSONS BOUND."

**C. TERMS AND ACTS RESTRAINED AND REQUIRED:**

1. PERSONS BOUND are hereby prohibited from further distributing any DVDs, audio and/or video recordings of depositions, and/or transcripts of depositions to persons other than those immediately involved in the litigation. Audio and/or video recordings of depositions, and/or transcripts of depositions may be created for use in litigation, but are not to be distributed to anyone other than those individuals immediately involved in the litigation.

2. PERSONS BOUND shall attempt to retrieve any copies of DVDs which have been previously been distributed by them.

3. All parties, their counsel (and any employees of counsel who have shown or distributed the DVD in any manner), and the individuals identified as recipients of the DVD in declarations filed with this Court in February of 2010 shall, within ten (10) days of the entry of this Order by the Court, each execute and file with the Court a declaration identifying to whom, if anyone, they have distributed and/or shown a copy of the DVD, confirming that they have returned any copies of the DVD still in their possession, and stating their attempts to retrieve copies of the DVD they previously distributed. The retrieved copies shall be delivered to Catherine A. Yanni, Special

1  Master, c/o JAMS, Two Embarcadero Center, Suite 1500, San Francisco CA  94111.

2       4.      Plaintiffs' Counsel Christopher B. Dolan is ordered to write a letter to news media outlets KRON4 and CBS5 stating that he has been ordered by the Court to attempt to retrieve all copies of the DVD previously distributed, and requesting that KRON4 and CBS5 return all copies of the DVD in their possesssion.  It is the Courts' understanding that Mr. Dolan has already complied with this order.

       5.      Plaintiff Threets, Plaintiff Brown, Plaintiff Jenkins, Plaintiff Pickett, and Ken Nelson (President of the Richmond Branch of the NAACP) were ordered to appear before the Court on March 25, 2010 at 4:00 p.m.  Joshua Koltuns appeared specially on behalf of Ken Nelson and the NAACP.

       6.      PERSONS BOUND are hereby prohibited from further commenting regarding this litigation to the press.  PERSONS BOUND are hereby enjoined from further comment to the press regarding the DVD which was previously distributed.  If a PERSON BOUND is contacted by the press regarding the litigation (or the DVD which was previously distributed), they are ordered to respond with words to the effect that the Court has instructed the parties, their attorneys, and persons operating under their control to refrain from any discussion with the press about this case.

**IT IS SO RECOMMENDED.**

Dated: April 19, 2010

By: /s/ Catherine A. Yanni
Catherine A. Yanni
Special Master/Discovery Referee

**IT IS SO ORDERED.**

Dated: ~~April~~ May 11, 2010

_____
IT IS SO ORDERED
Judge Marilyn H. Patel

DATED: April ___, 2010

Honorable Barry P. Goode
Contra Costa Superior Court Judge

## PROOF OF SERVICE BY U.S. MAIL

Re: Jenkins, James, et al. vs. City of Richmond
Reference No. 1100058859

Re: Booker, Michael, et al. vs. City of Richmond
Reference No. 1100058859

I, SARAH NEVINS, not a party to the within action, hereby declare that on April 19, 2010 I served the attached [PROPOSED] ORDER ISSUING INJUNCTION on the parties in the within action by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, San Francisco, CALIFORNIA, addressed as follows:

Arthur A. Hartinger Esq.
Camille Hamilton Pating Esq.
Meyers Nave Riback, et al.
555 12th St.
Suite 1500
Oakland, CA 94607

Geoffrey Spellberg Esq.
Meyers Nave Riback, et al.
575 Market Street
Suite 2600
San Francisco, CA 94105

Anne C. Costin Esq.
Christopher B. Dolan Esq.
Dolan Law Firm
1438 Market Street
San Francisco, CA 94102

Harry S. Stern Esq.
Rains Lucia Stern PC
2300 Contra Costa Blvd.
Suite 230
Pleasant Hill, CA 94523

Joshua Koltun
101 California St.
Suite 2450, No. 500
San Francisco, CA 94111

I declare under penalty of perjury the foregoing to be true and correct. Executed at San Francisco, CALIFORNIA, on April 19, 2010.

SARAH NEVINS