Catherine A. Yanni Esq.
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: 415-774-2657
Facsimile: 415-982-5287
SPECIAL MASTER

UNITED STATE COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenkins, James, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> City of Richmond, <br><br> Defendants. | **ORDER RE: KLINE COMPUTER SEARCH** <br><br> **CASE No. C08-3401 MHP** <br> **JAMS REFERENCE #1100058859** |

SUPERIOR COURT OF STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA

| | |
|---|---|
| Booker, Michael et al., <br><br> Plaintiffs, <br><br> vs. <br><br> City of Richmond, <br><br> Defendants. | **RECOMMENDATION RE: KLINE COMPUTER SEARCH** <br><br> **CASE No. C07-00408** <br> **JAMS REFERENCE #1100059411** |

At the March 15, 2010 deposition of Alex Kline, Plaintiffs requested that the Discovery Referee issue a Recommendation/Order requiring Mr. Kline to produce his personal desktop computer, his laptop, and his email password so that material relevant to the issues in this case could be retrieved.

1

Since that time the Discovery Referee has been informed that Mr. Kline has brought the two computers to Calvo and Clark, the law firm representing him in this matter, and the firm has made mirrored images of the material on these computers (a laptop and a desktop computer) and backup hard drives. Mr. Kline has also stated that all emails have been backed up utilizing the Apple Time Capsule program.

Therefore, the following is ORDERED:

1. The firm is to search the mirrored images and the Apple Time Capsule program utilizing the following search terms: 1) All emails to/from (or containing the names of) Meyers Nave employees Art Hartinger, Camille Hamilton-Pating, Geoff Spellberg, Nancy Park, Angela Lus, and Kathy Thomas; 2) All emails to/from (or containing the names of) City of Richmond employees Leslie Knight, Bill Lindsay, Rob Larson, Lisa Stephenson, Randy Riddle and Lisa Carter; 3) All emails to/from (or containing the names of) Chief Magnus, DeVone Boggan, Cleveland Brown, Tim Gard, Lori Ritter, Edwin Medina, Michael Booker, Johan Simon, Eugene McBride, Arnold Threets, Jim Jenkins, and Shawn Pickett; 4) all emails from July 2008 to the present to/from (or containing the names of) Investigators Raymond Marshall, Patti Elliott, Timothy Armistead, Margo Evashevski, and Jeff Sloan.

2. In addition, Mr. Kline shall produce the contents of the entire file/folder that Kline kept on his computer related to the two investigations (Brown retaliation and Boggan "civil war"). Mr. Kline specifically testified that he believed that he kept at least one folder/file in his "Closed" or "Archived" case file for the work that he performed for the City and/or Meyers Nave. He stated that he believed these files contained the names "Richmond," "Boggan," and/or "Brown." The search should include locating and producing the entire contents of these files.

3. Within seven (7) days from the date of this Order, Calvo and Clark will provide all the retrieved material directly to the Discovery Referee. She will review and withhold any that are privileged. The remainder will be initially returned to Mr. Kline's counsel for review and any objections to the material. After the Discovery Referee has addressed any objections, the material will then produced to counsel for the Plaintiffs and Defendants.

4. Furthermore, the Discovery Referee reserves the right, after the above material has been produced, to enter a further order requiring Mr. Kline to search his all responsive emails and attachments, defined in paragraph 1, stored on a remote email servers (such as Eudora, Speakeasy and/ mail2web.com), which Mr. Kline referred to during his deposition.

5. The court has ordered that any further deposition of Mr. Kline shall not last longer than two hours. Plaintiffs and defendants are to review the produced materials and, if necessary, request that the Discovery Referee schedule a further deposition.

6. Finally, the City of Richmond is to pay all attorneys fees and costs incurred by Calvo and Clark associated with the above search and production of material.

IT IS SO ORDERED/RECOMMENDED.

Dated: April 19, 2010

By: _____
Catherine A. Yanni
Special Master/Discovery Referee

IT IS SO ORDERED.

Dated April___, 2010

By: _____
Hon. Barry P. Goode
Judge Contra Costa Superior Court

IT IS SO ORDERED.

Dated: May 11, 2010

By: _____
MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE BY U.S. MAIL

Re: Jenkins, James, et al. vs. City of Richmond
Reference No. 1100058859

Re: Booker, Michael, et al. vs. City of Richmond
Reference No. 1100058859

I, SARAH NEVINS, not a party to the within action, hereby declare that on April 19, 2010 I served the attached ORDER/RECOMMENDATION RE: KLINE COMPUTER SEARCH on the parties in the within action by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, San Francisco, CALIFORNIA, addressed as follows:

Arthur A. Hartinger Esq.
Camille Hamilton Pating Esq.
Meyers Nave Riback, et al.
555 12th St.
Suite 1500
Oakland, CA 94607

Anne C. Costin Esq.
Christopher B. Dolan Esq.
Dolan Law Firm
1438 Market Street
San Francisco, CA 94102

Kathleen Fisher
William N. Hebert
Calvo & Clark, LLP
One Lombard St.
San Francisco, CA 94111

Geoffrey Spellberg Esq.
Meyers Nave Riback, et al.
575 Market Street
Suite 2600
San Francisco, CA 94105

Harry S. Stern Esq.
Rains Lucia Stern PC
2300 Contra Costa Blvd.
Suite 230
Pleasant Hill, CA 94523

I declare under penalty of perjury the foregoing to be true and correct. Executed at San Francisco, CALIFORNIA, on April 19, 2010.

SARAH NEVINS