UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JENKINS, SHAWN PICKETT, AND ARNOLD THREETS, | No. C 08-03401 MHP |
| Plaintiffs, | **ORDER RE APPOINTMENT OF FORENSIC EXPERT** |
| v. | |
| CITY OF RICHMOND, a California Governmental Entity; and DOES 1 through 50, inclusive, | |
| Defendants. | |

On January 18, 2011 this court ordered that a forensic expert selected by the court be hired to review certain e-mail(s) to determine their source. The parties are aware of the particular e-mail(s) in question. In accordance with that order the following person is hereby appointed:

Lynell Phillips of Phillips Computer Forensics
1711 El Camino Way
Santa Rosa, CA 95404
(Tel.) 415-793-2134
LynellPhillips@aol.com

Counsel for defendant shall contact Ms. Phillips as soon as possible and provide her with the necessary documents related to this inquiry. Defense counsel shall copy plaintiff's counsel on all of its communications with Ms. Phillips and provide plaintiff's counsel with copies of the materials provided to Ms. Phillips. Counsel for defendant and plaintiff Pickett shall cooperate with Ms. Phillips and give her access to such computers as may be necessary for Ms. Phillips to effectively and efficiently conduct her examination and submit a report to the court.

1  In accordance with the bench order entered on January 18, 2011, all e-mails and other entries on all computers in the possession of or used by plaintiff Pickett including his personal computers and those in the possession of or those that are the property of the City of Richmond and its Police Department and which have been used by plaintiff Pickett shall be retained, shall not be deleted and shall not be tampered with in any way.

Ms. Phillips shall copy counsel for plaintiff and defendant and the court with respect to any communications and reports pursuant to this order. She shall provide a final report on her findings and opinion to all counsel and the court on or before February 24, 2011. If Ms. Phillips requires further authority or assistance of the court she may contact this judge

Defendants shall be responsible for timely paying Ms. Phillips for her services at her ordinary billing rate.

IT IS SO ORDERED.

Dated: Jan 24, 2011

MARILYN HALL PATEL
United States District Court Judge