1  ARTHUR A. HARTINGER (SBN 121521)
   khartinger@meyersnave.com
2  GEOFFREY SPELLBERG (SBN 121079)
   gspellberg@meyersnave.com
3  CAMILLE HAMILTON PATING (SBN 122890)
   cpating@meyersnave.com
4  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
5  Oakland, California 94607
   Telephone: (510) 808-2000
6  Facsimile: (510) 444-1108

7  Attorneys for Defendant

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13 JAMES JENKINS, SHAWN PICKETT,        CASE NO. C 08-03401 MHP
   AND ARNOLD THREETS,
14                                       **ORDER TO AT&T WIFI SERVICES AND
                Plaintiffs,               AT&T INTERNET SERVICES TO
15                                        PRODUCE INFORMATION**
         v.
16
   CITY OF RICHMOND, a California
17 Governmental Entity,

18              Defendant.

19

20        In this action, the Court has ordered the investigation into the origin of certain e-mails

21 alleged to have been sent by one of the plaintiffs in this action.  An independent forensic examiner

22 was appointed by the Court to undertake this investigation.  The examiner has requested certain

23 information described below, which is in the possession of AT&T Wifi Services and AT&T

24 Internet Services.  Finding good cause to order the production of that information, the Court

25 hereby issues the following Orders:

26        1.    AT&T Wifi Services is ordered to produce as soon as possible to Lynell Phillips,

27 Phillips Computer Forensics, 1711 El Camino Way, Santa Rosa, CA 95404,

28 www.phillipscomputerforensics.com, the originating IP address, name of the registered user, the

1    telephone number and/or computer used, and all other identifying information for the following IP
2    addresses:

| Date/Time | Originating IP | IP Contact |
|---|---|---|
| 2/28/10 Sun, 28 Feb 2010 11:59:11 -0800 (PST) | 64.134.17.21 | AT&T Wifi Services |
| 2/15/10 Mon, 15 Feb 2010 12:34:37 -0800 (PST) | 64.134.17.230 | AT&T Wifi Services |
| 3/5/10 Fri, 05 Mar 2010 08:14:01 -0800 (PST) | 64.134.19.12 | AT&T Wifi Services |
| 1/16/10 Sat, 16 Jan 2010 20:57:05 -0800 (PST) | 64.134.20.0 | AT&T Wifi Services |
| 8/14/10 Sat, 14 Aug 2010 13:32:13 -0700 (PDT) | 64.134.224.223 | AT&T Wifi Services |
| 3/17/10 Wed, 17 Mar 2010 21:28:26 -0700 (PDT) | 64.134.230.179 | AT&T Wifi Services |
| 2/23/10 Tue, 23 Feb 2010 15:53:15 -0800 (PST) | 64.134.231.121 | AT&T Wifi Services |
| 2/23/10 Tue, 23 Feb 2010 15:53:52 -0800 (PST) | 64.134.231.121 | AT&T Wifi Services |
| 3/2/10 Tue, 02 Mar 2010 19:18:34 -0800 (PST) | 64.134.231.121 | AT&T Wifi Services |
| 12/15/10 Mon, 15 Dec 2010 16:43:30 -0800 (PST) | 64.134.231.121 | AT&T Wifi Services |
| 3/30/10 Tue, 30 Mar 2010 10:31:51 -0700 | 64.134.234.90 | AT&T Wifi Services |

17        2.    AT&T Internet Services is ordered to produce as soon as possible to Lynell

18    Phillips, Phillips Computer Forensics, 1711 El Camino Way, Santa Rosa, CA 95404,

19    www.phillipscomputerforensics.com, the originating IP address, name of the registered user, the

20    telephone number and/or computer used, and all other identifying information for the following IP

21    addresses:

| Date/Time | Originating IP | IP Contact |
|---|---|---|
| 2/3/09 Tue, 03 Feb 2009 15:13:12 -0800 (PST) | 67.118.22.206 | AT&T Internet Services |
| 2/3/09 Tue, 03 Feb 2009 15:13:12 -0800 (PST) | 67.118.22.206 | AT&T Internet Services |
| 12/9/10 Thu, 9 Dec 2010 13:26:22 -0800 | 69.104.111.226 | AT&T Internet Services |
| 12/8/09 Tue, 08 Dec 2009 16:58:32 -0800 (PST) | 69.109.80.2 | AT&T Internet Services |

27    IT IS SO ORDERED

28    2/9/11

1587419.1

2

C 08-03401 MHP

US District Court