1  Christopher B. Dolan (SBN 165358)
   chris@cbdlaw.com
2  Anne Costin (SBN 260126)
   anne@cbdlaw.com
3  **THE DOLAN LAW FIRM**
   1438 Market Street
4  San Francisco, CA 94102
   Tel: (415) 421-2800
5  Fax: (415) 421-2830

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12

| | |
|---|---|
| 13  JAMES JENKINS, SHAWN PICKETT, ARNOLD THREETS, and CLEVELAND BROWN<br>14<br>15       Plaintiffs,<br>16<br>17  v.<br>18  CITY OF RICHMOND, a California Governmental Entity; and DOES 1 through 50, inclusive,<br>19<br>20       Defendants. | Case No.: C 08-03401 MHP<br><br>[~~proposed~~] ORDER GRANTING THE DOLAN LAW FIRM'S MOTION TO BE RELIEVED AS COUNSEL FOR PLAINTIFFS<br><br>Date:       April 18, 2011<br>Time:       2:00 p.m.<br><br>Trial Date: None<br>Judge:      Hon. Marilyn Hall Patel<br>Dept:       Courtroom 15, 18th Floor |

21

22

23

24

25

26

27

28

[proposed] ORDER GRANTING THE DOLAN LAW FIRM'S MOTION
TO BE RELIEVED AS COUNSEL
FOR PLAINTIFFS
Case No.: C 08-03401 MHP  - Page No. 1

THE
DOLAN
LAW FIRM
TRIAL LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
SAN FRANCISCO, CA
94102
TEL: (415) 421-2800
FAX: (415) 421-2830

1  TO THE COURT, PLAINTIFFS, DEFENDANT, AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that the motion of The Dolan Law Firm to be relieved as counsel of
3  record for Plaintiffs Cleveland Brown, Arnold Threets, Shawn Pickett, and James Jenkins, parties to
4  this action, came for hearing on April 18, 2011

5  The following persons were present at the hearing: Anne Costin (the dolan
6  law firm), Plaintiff Threets, Jenkins, & Brown; geoffrey
7  Spellberg (Meyers Nave)
8

9  The Dolan Law Firm has served Plaintiffs and submitted a declaration establishing that the service
10 requirements of California Rule of Court 3.1362 have been satisfied.

11  The Dolan Law Firm has shown sufficient reasons why the motion to be relieved as counsel should
12 be granted and why The Dolan Law Firm did not, concurrent to the submission of their motion, submit
13 substitution of attorney forms executed by the Plaintiffs.

14  The Dolan Law Firm is relieved as counsel of record for Plaintiffs Cleveland Brown, Arnold
15 Threets, Shawn Pickett, and James Jenkins, effective upon the filing of the proof of service of this
16 signed order upon the Court.

17  The Plaintiffs' current address and telephone numbers have been provided confidentially to the
18 Court and to Counsel for Defendant, as Plaintiffs are Police Officers.

19 **NOTICE TO PLAINTIFFS WHO WILL BE UNREPRESENTED:**

20  **Because The Dolan Law Firm's motion to be relieved as counsel has been granted, you do not
21 have an attorney representing you. You may wish to seek legal assistance. If you do not have a
22 new attorney to represent you in this action, and you are legally permitted to do so, you will be
23 representing yourself. It will be your responsibility to comply with all court rules and applicable
24 laws. If you fail to do so, or fail to appear at hearings, action may be taken against you. You
25 may lose your case.**

26

27 //

28

THE DOLAN LAW FIRM
TRIAL LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
SAN FRANCISCO, CA 94102
TEL: (415) 421-2800
FAX: (415) 421-2830

[proposed] ORDER GRANTING THE DOLAN LAW FIRM'S MOTION
TO BE RELIEVED AS COUNSEL
FOR PLAINTIFFS
Case No.: C 08-03401 MHP  - Page No. 2

1  You must keep that Court informed of your current address and telephone number. If you
2  do not keep the Court and other parties informed of your current address and telephone
3  number, they will not be able to send you notices of actions that may affect you, including actions
4  that may adversely affect your interests, or result in your losing the case.
5  The Court further orders: _Pickett rehrn May 2, 2011 @ 3pm._
6  _Parties ordered to return to Magistrate Larson, time_
7  _and date TBD._

DATED: April 18, 2011

Hon. Marilyn Hall Patel
United States District Court Judge

THE DOLAN LAW FIRM
TRIAL LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
SAN FRANCISCO, CA 94102
TEL: (415) 421-2800
FAX: (415) 421-2830

[proposed] ORDER GRANTING THE DOLAN LAW FIRM'S MOTION
TO BE RELIEVED AS COUNSEL
FOR PLAINTIFFS
Case No.: C 08-03401 MHP - Page No. 3