ARTHUR A. HARTINGER (SBN 121521)
khartinger@meyersnave.com
GEOFFREY SPELLBERG (SBN 121079)
gspellberg@meyersnave.com
CAMILLE HAMILTON PATING (SBN 122890)
cpating@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES JENKINS, SHAWN PICKETT, AND ARNOLD THREETS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, a California Governmental Entity,<br><br>Defendant. | CASE NO. C 08-03401 MHP<br><br>**ORDER TOLLING STATUTE OF LIMITATIONS RE INVESTIGATIONS INVOLVING PLAINTIFF SHAWN PICKETT** |

Based upon a request by defendant City of Richmond and the agreement by plaintiff Shawn Pickett at the May 23, 2011 hearing in this matter, the Court hereby orders as follows:

1. All statute of limitations set forth in the California Government Code regarding the investigation of alleged misconduct and/or imposition of discipline involving police officers is hereby tolled as of April 18, 2011 with respect to any potential investigation and/or discipline which might be brought against Shawn Pickett arising from those matters authorized by the Court for investigation in the Court's orders dated January 24, 2011 (Court Docket Nos. 285 and 286).

2. There shall be no further investigation in the above-referenced matters, unless and until the Court orders otherwise.

1637233                                                                 1                                                                 C 08-03401 MHP
Stipulation And Order Re Investigations Involving Plaintiff Shawn Pickett

3. This order is made in light of Mr. Dolan's withdrawal as counsel for Mr. Pickett in this matter.

4. This order tolling the statute of limitations remains in effect until further Court order.

**IT IS SO ORDERED.**

Dated: May 25, 2011

By: _____
Hon. Marilyn Hall Patel
UNITED STATES DISTRICT COURT

1637233                                        2                                        C 08-03401 MHP
Order Re Investigations Involving Plaintiff Shawn Pickett