UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JENKINS, *et al.*, | No. C-08-3401 EMC |
| Plaintiffs, | |
| v. | **ORDER RE: LETTER FROM COUNSEL** |
| CITY OF RICHMOND, | **(Docket No. 342)** |
| Defendant. | |
| _____/ | |

The Court is in receipt of a letter from Plaintiff Brown's counsel requesting the Court's assistance to secure an evidentiary hearing for Plaintiff Brown, who was allegedly "improperly demoted from the rank of Captain and suspended effective May 27, 2010." Docket No. 342 at 1.

The Court has detailed three methods through which it may provide assistance to the parties in their ongoing disputes regarding investigations. "If any federal plaintiff believes an investigation is conducted for retaliatory basis, he may (1) seek leave to amend the complaint to add said allegation(s), and/or (2) move for interim injunction relief, and/or (3) seek to reopen limited discovery in connection with (1) or (2). Plaintiff, however, must make a substantial showing to warrant relief." Order, Docket No. 341, at 3 ¶ 12(f); *see also* Order, Docket No. 337, at 2. Absent a formal motion, however, the Court will not intervene.

IT IS SO ORDERED.

Dated: September 19, 2011

_____
EDWARD M. CHEN
United States District Judge