United States District Court
For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                         NORTHERN DISTRICT OF CALIFORNIA
7
8    JAMES JENKINS, *et al.*,                    No. C-08-3401 EMC
9              Plaintiffs,
10        v.                                     **ORDER RE PLAINTIFFS' STATEMENT
                                                 OF CLAIMED ACTS OF RETALIATION**
11   CITY OF RICHMOND,
                                                 **(Docket No. 402)**
12             Defendant.
     _____/
13
14
15        The Court is in receipt of Plaintiffs' Jenkins and Picketts' Statement of Claimed Acts of
16   Retaliation regarding evidence of retaliation.  However, Plaintiffs' statement does not comply with
17   the Court's order directing the parties to file briefs proffering new evidence, and does not assist the
18   Court in determining whether to allow Plaintiffs' proffer.  First, Plaintiffs' statement does not
19   describe the alleged instances of retaliation in any degree of detail, so that the Court could evaluate
20   Plaintiffs' allegations.  Second, Plaintiffs' statement does not distinguish between old evidence,
21   which has already been addressed in the parties' depositions, and new evidence, which has emerged
22   after the parties' depositions and could require additional discovery.  The focus of the Court's prior
23   order was on new evidence, yet it cannot discern from the statement what would qualify as new
24   evidence.  Nor do the Plaintiffs provide any information regarding the dates of their last depositions.
25   Third, Plaintiffs offer no further information (*e.g.*, a sworn declaration or other evidence) as to any
26   good cause for their delayed submission.
27   ///
28   ///

1    Plaintiffs Jenkins and Pickett are directed to file a brief with the above-described detail, and

2 any other information that would be helpful to the Court, no later than **Wednesday, June 27, 2012,**

3 **at 12:00 p.m.**  The Court will issue an order thereafter.

4

5    IT IS SO ORDERED.

6

7 Dated:  June 26, 2012

8

9              _____
              EDWARD M. CHEN

10            United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2