**United States District Court**
For the Northern District of California

1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7
8   JAMES JENKINS, *et al.*,                    No. C-08-3401 EMC
9              Plaintiffs,
                                                **ORDER DIRECTING DEFENDANT TO**
10       v.                                      **RESPOND TO PLAINTIFFS'**
                                                **STATEMENT**
11  CITY OF RICHMOND,
12             Defendant.
                                        /
13  _____
14
15       The Court is in receipt of Plaintiffs Jenkins and Picketts' Amended Statement of Claimed

16  Acts of Retaliation.  Docket No. 405.  Defendant is directed to file a response, including what

17  supplemental discovery it seeks to conduct relating to the new evidence, no later than **Wednesday,**

18  **July 3, 2012**. The Court will issue an order thereafter.

19
20       IT IS SO ORDERED.
21
22  Dated:  June 27, 2012
23
                                            _____
24                                          EDWARD M. CHEN
                                            United States District Judge
25
26
27
28