UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JENKINS, *et al.*, | No. C-08-3401 EMC |
| Plaintiffs, | |
| v. | **ORDER DENYING PLAINTIFF THREETS'S REQUEST FOR A BENCH TRIAL; AND DIRECTING PLAINTIFFS TO RESPOND TO DEFENDANT'S STATEMENT** |
| CITY OF RICHMOND, | |
| Defendant. _____/ | (Docket Nos. 411, 412) |

    Plaintiff Threets's Request for a Bench Trial is **DENIED**. Docket No. 411; *see* Fed. R. Civ. P. 38(d).

    The Court is in receipt of Plaintiffs Jenkins and Picketts' Amended Statement of Claimed Acts of Retaliation, Docket No. 405, and Defendant's response, Docket No. 412. Plaintiffs may file any response to Defendant's requested discovery and delay of trial, as well as Defendant's request to exclude certain evidence already subject to state court testimony, no later than **Friday, July 13, 2012**.

    The parties are directed to appear for a further CMC on this matter on **Tuesday, July 17, 2012, at 11:00 a.m.**

    IT IS SO ORDERED.

Dated: July 12, 2012

_____
EDWARD M. CHEN
United States District Judge