IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JENKINS, et al.,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF RICHMOND,<br><br>        Defendant.<br>_____/ | No. C -08-03401(EDL)<br><br>**ORDER ADVANCING HEARING AND SETTING EXPEDITED BRIEFING SCHEDULE** |

      Although the parties did not comply with Local Rules 6-2 or 6-3, the Court has learned that Plaintiff's Motion to Quash, currently set for hearing on August 21, 2012, should be heard on shortened time. Defendant's opposition to the motion was filed on July 18, Plaintiff's reply shall be filed by July 25, and the hearing shall be held on August 7 at 2:00 p.m.

      IT IS SO ORDERED.

Dated: July 18, 2012

                                    ELIZABETH D. LAPORTE
                                    United States Magistrate Judge