IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JENKINS, et al., | No. C -08-03401-EMC (EDL) |
| Plaintiff, | **ORDER REGARDING REQUEST FOR FURTHER DEPOSITION OF PHILLIP ALLMAN** |
| v. | |
| CITY OF RICHMOND, | |
| Defendant. | |

Defendant has filed two almost identical requests to take a second deposition of Plaintiff Threets' expert Phillip Allman "on all changes made to his reports and the impact those changes have had on his expert opinion" due to an amended expert report produced on July 6, 2012. See Dkt. #424, 426. Plaintiff Threets agrees that a continued deposition of Mr. Allman is appropriate, so long as it is limited to the new information in the amended report and the manner in which the new information has affected the expert'a analysis, conclusions and findings. Therefore, Defendant's request for a second deposition of Mr. Allman is GRANTED, but the deposition is limited to the new information and opinions contained in the amended report.

IT IS SO ORDERED.

Dated: July 19, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge