# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES JENKINS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF RICHMOND, et al., <br><br> Defendants. | Case No. 3:08-cv-03401 EMC (NC) <br><br> **ORDER REQUIRING ATTENDANCE AT SETTLEMENT CONFERENCE** |

This matter is scheduled for a settlement conference on July 27, 2012 at 9:30 a.m. before Judge Cousins in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco. Christopher Dolan from the Dolan Law Firm, or his authorized representative, is ordered to appear at the settlement conference.

IT IS SO ORDERED.

DATED: July 25, 2012

NATHANAEL M. COUSINS
United States Magistrate Judge