Arthur A. Hartinger (SBN: 121521)
ahartinger@meyersnave.com
Geoffrey Spellberg (SBN: 121079)
gspellberg@meyersnave.com
Nancy Park (SBN: 236750)
npark@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
CITY OF RICHMOND

EXEMPT FROM FILING FEES
GOV'T CODE § 6103

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES JENKINS, SHAWN PICKETT, AND ARNOLD THREETS, AND CLEVELAND BROWN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF RICHMOND, a California Governmental Entity,<br><br>　　　　Defendant. | Case No. C-08-03401 EMC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING CLAIMS OF JAMES JENKINS**<br><br>Trial Date:　　November 5, 2012 |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that James Jenkins hereby dismisses with prejudice his claims in the above-captioned action pursuant to FRCP 41(a)(i) and in accordance with the terms of the settlement agreement signed by plaintiff Jenkins on July 31, 2012.

DATED: August 7, 2012              MEYERS, NAVE, RIBACK, SILVER & WILSON

                                   By:    /s/Arthur A. Hartinger
                                          Arthur A. Hartinger
                                          Attorneys for Defendant
                                          CITY OF RICHMOND

DATED: August 7, 2012              THE JAFFE LAW FIRM

                                   By:    /s/Stephen R. Jaffe
                                          Stephen R. Jaffe
                                          Attorney for Plaintiff
                                          JAMES JENKINS

**ORDER**

PURSUANT TO STIPULATION BETWEEN THE PARTIES, the Court hereby dismisses with prejudice all claims of James Jenkins in Case No. C 08-03401 EMC.

IT IS SO ORDERED

DATED: August  9 , 2012

                                   _____
                                   The [signature: Judge Edward M. Chen]

1948228.1