UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JENKINS, *et al.*, | No. C-08-3401 EMC |
| Plaintiffs, | |
| v. | **ORDER RE DEFENDANT'S OBJECTIONS TO PLAINTIFF PICKETT'S RULE 26 DISCLOSURES** |
| CITY OF RICHMOND, | |
| Defendant. | **(Docket No. 446)** |
| _____/ | |

The Court is in receipt of Defendant's objections to Plaintiff Pickett's Rule 26 disclosures. Docket No. 446. The Court is not inclined to allow the volume of new witnesses Plaintiff Pickett has identified. Plaintiff Picket is instructed to pare down his witness list. If he is unable to do so, the Court may strike his new acts of retaliation. The Court will not postpone trial.

The parties are directed to meet and confer to resolve this dispute. If they are unable to do so, they shall file a joint letter with the Court detailing their remaining dispute(s) no later than **Wednesday, August 15, 2012, at 12:00 p.m.** The parties are directed to alert the Court of any future disputes of this nature in the form of a joint letter.

IT IS SO ORDERED.

Dated: August 9, 2012

_____
EDWARD M. CHEN
United States District Judge