UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JENKINS, *et al.*, | No. C-08-3401 EMC |
| Plaintiffs, | |
| v. | **ORDER RE BANKRUPTCY FILING; AND SETTING CASE MANAGEMENT CONFERENCE** |
| CITY OF RICHMOND, | |
| Defendant. | **(Docket No. 457)** |
| _____/ | |

The Court is in receipt of Plaintiff Pickett's Notice of Filing of Bankruptcy Petition. Docket No. 457. Plaintiff Pickett's counsel is directed to file any order or instructions received from the Trustee or Bankruptcy Court in support of his contention that counsel has been "instructed . . . to cease all participation in this action pending the Trustee's investigation of the claims and further his [sic] instructions." *Id.* at 1. The Court notes that, as a general matter, "the automatic stay is inapplicable to suits *by* the bankrupt." *In re Merrick*, 175 B.R. 333, 337 (B.A.P. 9th Cir. 1994) (emphasis in original) (internal quotations omitted); *see also id.* at 338 (noting the "freedom for the debtor or the trustee to prosecute the debtor's claims").[1]

The Court sets a Case Management Conference (CMC) in this matter for September 14, 2012 at 1:30 p.m. The parties shall file a joint CMC statement no later than September 7, 2012, and include in that statement their views on the effect, if any, of the Pickett bankruptcy filing on this

---

[1] In addition, the Court notes that Plaintiff Pickett's counsel continued to "participat[e] in this action" by filing objections regarding the motion to sever four days *after* filing the notice of bankruptcy filing. *See* Docket No. 459.

1  matter in general and on Plaintiff Threets's pending motion to sever in particular. The parties shall
2  also be prepared to address this issue at the CMC.

4      IT IS SO ORDERED.

6  Dated: August 29, 2012

_____
EDWARD M. CHEN
United States District Judge