**United States District Court**
For the Northern District of California

1
2
3
4
5                     UNITED STATES DISTRICT COURT
6                    NORTHERN DISTRICT OF CALIFORNIA
7
8   JAMES JENKINS, *et al.*,                    No. C-08-3401 EMC
9              Plaintiffs,
                                                **ORDER RESCHEDULING PRETRIAL**
10        v.                                    **CONFERENCE AND RELATED**
                                                **DEADLINES**
11  CITY OF RICHMOND,
12              Defendant.
    _____/
13
14          IT IS SO ORDERED that the pretrial conference and related deadlines are **rescheduled** as
15  follows:
16          10/5/12        - Deadline for Pre-Trial Conference Filings (as described in Docket 381)
17          10/16/12       - Pre-Trial Conference
            (2:30 p.m.)
18
            10/23/12       - Deadline for any supplemental pre-trial filings concerning experts (to the
19                           extent the parties cannot meet the first filing deadline due to any outstanding
                             expert discovery)
20
            10/30/12       - Final Pre-Trial Conference
21          (2:30 p.m.)
22
23  IT IS SO ORDERED.
24
    Dated:      September 4, 2012
25
26                                              _____
27                                              EDWARD M. CHEN
                                                United States District Judge
28