**United States District Court**
For the Northern District of California

1

2

3

4

5              UNITED STATES DISTRICT COURT

6             NORTHERN DISTRICT OF CALIFORNIA

7

8    JAMES JENKINS, *et al.*,                          No. C-08-3401 EMC

9              Plaintiffs,

10        v.                                    **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF PICKETT'S MOTION TO STRIKE**

11   CITY OF RICHMOND,

12             Defendant.                       **(Docket No. 459)**
     _____/

13

14        The Court **GRANTS** in part and **DENIES** in part Plaintiff Pickett's Motion to Strike

15   portions of Plaintiff Threats's Reply Brief. *See* Docket No. 459 (motion to strike), 458 (reply brief).

16   The Court **GRANTS** the motion with respect to pages 12 and 13 in their entirety,[1] and **STRIKES**

17   those portions of the brief from the record. *See* Fed. R. Civ. P. 12(f).  The Court **DENIES** the

18   motion to strike all other portions of the brief, and **DENIES** Plaintiff Pickett's request to seal those

19   portions or remove them from the Court's files.

20        This order disposes of Docket No. 459.

21        IT IS SO ORDERED.

22

23   Dated: September 17, 2012

24                                              _____
                                                EDWARD M. CHEN
25                                              United States District Judge

26

27

         [1]  The Court cites to the page numbers as denominated by Plaintiff Threats in the footer of
28   his Reply brief, not the page numbers set by the Court's docketing system in the header of the Reply
     brief.