**United States District Court**

For the Northern District of California

1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7
8   JAMES JENKINS, *et al.*,                    No. C-08-3401 EMC
9              Plaintiffs,
                                                **ORDER RE DEFENDANT'S MOTION**
10         v.                                   **TO COMPEL**
11  CITY OF RICHMOND,                           **(Docket Nos. 479-480)**
12             Defendant.
13  _____/
14
15         Pursuant to this Court's earlier order referring all discovery matters to a Magistrate Judge,
16  (*see* Docket No. 337), Defendant's Motion to Compel Cleveland Brown's Responses (Docket Nos.
17  479-480) shall be heard by Magistrate Judge Elizabeth D. Laporte.
18
19         IT IS SO ORDERED.
20
21  Dated:  October 1, 2012
22
23                                              _____
                                                EDWARD M. CHEN
24                                              United States District Judge
25
26
27
28