1  Arthur A. Hartinger (SBN: 121521)
   ahartinger@meyersnave.com
2  Geoffrey Spellberg (SBN: 121079)
   gspellberg@meyersnave.com
3  Camille Pating (SBN: 122890)
   cpating@meyersnave.com
4  MEYERS NAVE RIBACK SILVER & WILSON
   555 12th Street, Suite 1500
5  Oakland, CA 94607
   Telephone: (510) 808-2000
6  Facsimile: (510) 444-1108

7  Attorneys for Defendant
   City of Richmond
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11  CLEVELAND BROWN,                      Case No.:  C 08-03401 EMC

12            Plaintiff,                  [PROPOSED]
                                          ORDER RE MOTION TO QUASH
13      v.                                DEPOSITION SUBPOENA ISSUED
                                          TO ATTORNEY HARRY STERN
14  CITY OF RICHMOND, a California
15  Governmental Entity,                  DATE:      September 17, 2012
                                          TIME:      10:00 am
16            Defendant.                  COURT:     (Honorable Elizabeth LaPorte)

17

18                                        Trial Date:  November 5, 2012

19
20      The motion by Harry Stern ("Stern") to quash defendant's deposition subpoena came on

21  for hearing before the Honorable Elizabeth D. Laporte, Magistrate Judge, on September 17, 2012.

22  Michael Rains appeared on behalf of the moving party, Harry Stern.  Arthur Hartinger appeared

23  on behalf of defendant City of Richmond ("the City").  Harry Stern was also present.  In addition,

24  Jonathan Matthews, attorney for plaintiff Cleveland Brown, was present.

25      Having reviewed the pleadings and received oral argument, the Court rules as follows:

26      1.      With respect to questions directed to Stern regarding plaintiff Shawn Pickett

27  ("Pickett"), who listed Stern as a witness, the Court defers ruling on the motion in light of the fact

28  that Brown's trial was severed and will be tried before Pickett's trial.  The Court will rule on the

1 │ motion in the future on application by any party.

2 │      2.      With respect to the issues for the proposed deposition of Stern relating to plaintiff

3 │ Brown, the parties reached a stipulation of fact confirming that Stern received the correspondence

4 │ in question.  The parties will stipulate to a Deposition of Harry Stern on Written Questions, in the

5 │ form attached hereto as Exhibit A, within five days of issuing this order.  Otherwise, the parties

6 │ will notify the Court of the nature of any dispute for final determination by the Court.

7 │

8 │ DATED:       October __3__, 2012

9 │            Honorable Elizabeth D. Laporte

           Magistrate Judge

10 │            United States District Court

C 08-03401 EMC

# EXHIBIT A

1   Arthur A. Hartinger (SBN: 121521)                    EXEMPT FROM FILING FEES
    ahartinger@meyersnave.com                            GOV'T CODE § 6103
2   Geoffrey Spellberg (SBN: 121079)
    gspellberg@meyersnave.com
3   Nancy Park (SBN: 236750)
    npark@meyersnave.com
4   MEYERS, NAVE, RIBACK, SILVER & WILSON
    555 12th Street, Suite 1500
5   Oakland, California 94607
    Telephone: (510) 808-2000
6   Facsimile: (510) 444-1108

7   Attorneys for Defendant
    CITY OF RICHMOND
8

9                   UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13  JAMES JENKINS, SHAWN PICKETT,          Case No. C-08-03401 EMC
    ARNOLD THREETS, AND CLEVELAND
14  BROWN,                                 DEPOSITION OF HARRY STERN ON
                                           WRITTEN QUESTIONS
15            Plaintiffs,

16       v.

17  CITY OF RICHMOND, a California         Trial Date:      November 5, 2012
    Governmental Entity,
18
              Defendant.
19

20

21

22       At the September 17, 2012 hearing before Magistrate Judge Laporte, the parties and Harry

23  Stern stipulated to a deposition on written questions of Harry Stern.  That deposition is set forth

    herein.
24  ///

25  ///

26  ///

27

28

    1969783                                                          C-08-03401 EMC

1   Exhibits

2          The following documents are attached and are marked as exhibits in the deposition:

3          Exhibit 1 – November 18, 2008 Letter from Timothy Armistead to Harry Stern

4          Exhibit 2 – December 17, 2008 Letter from Timothy Armistead to Harry Stern

5          Exhibit 3 – May 12, 2009 Letter from Timothy Armistead to Harry Stern

6          Exhibit 4 – August 3, 2009 Letter from Timothy Armistead to Harry Stern

7

8   Examination

9          DEFENDANT:  Did you receive the November 18, 2008 letter from Timothy

10         Armistead, which is marked as Exhibit 1, on or shortly after November 18, 2008?

11         HARRY STERN:  Yes.

12   Q.    Did you receive the December 17, 2008 letter from Timothy Armistead, which is

13         marked as Exhibit 2, on or shortly after December 17, 2008?

14   HS.   Yes.

15   Q.    Did you receive the May 12, 2009 letter from Timothy Armistead, which is marked as

16         Exhibit 3, on or shortly after May 12, 2009?

17   HS.   Yes.

18   Q.    Did you receive the August 3, 2009 letter from Timothy Armistead, which is marked as

19         Exhibit 4, on or shortly after August 3, 2009?

20   HS.   Yes.

21

22   I, HARRY STERN, do hereby declare under the penalty of perjury that the foregoing testimony is

23   true and correct.

24

25   Date:_____            _____

26                                   Harry Stern

27

28

1969783                             2                        C-08-03401 EMC

Deposition on Written Questions of Harry Stern

1  APPROVED AS TO FORM:

2

3  Date:_____                    _____

4                                          Michael Rains
                                           Attorney for Harry Stern
5

6

7  1969783.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 1**

# ARMISTEAD INVESTIGATIVE SERVICES
### LICENSE # 11384 · ESTABLISHED 1985
1564-A FITZGERALD DRIVE, SUITE 323
PINOLE, CALIFORNIA 94564
TEL: (415) 608-2224 · EMAIL: TARMISTEAD@SBCGLOBAL.NET · FAX: (510) 243-0455

Harry Stern, Attorney at Law                                   18 November 2008
Rains Lucia Stern, PC
2300 Contra Costa Blvd, Suite 230
Pleasant Hill, California  94523

Re:  Capt. Cleveland Brown

Dear Mr. Stern:

Enclosed per our agreement please find a duplicate CD of my 15 October 2008 interview of
Capt. Cleveland Brown. Because of memory storage limitations, the interview was both recorded
and also duplicated in two parts. You will find that each part is duplicated on the enclosed CD,
and when you open it on a PC, each part will be represented by a separate icon, labeled
respectively part 1 and part 2.

I would also like to reiterate my request, made during the interview, for either a photocopy of the
complete medical records of Capt. Brown's ER visit and his subsequent evaluation and surgery
by his orthopedic surgeon, or for medical releases executed and signed by Capt. Brown and
directed to the two medical facilities involved. Please advise.

Thank you for your assistance.

Sincerely,

Timothy Armistead, D.Crim, CFS

Cc      Arthur Hartinger, Attorney at Law
        Leslie Knight, Director of Human Resources, City of Richmond

Enc     One CD, 15 October 2008 interview of Capt. Cleveland Brown

CITY022640

**EXHIBIT 2**

# ARMISTEAD INVESTIGATIVE SERVICES
### LICENSE # 11384 · ESTABLISHED 1985
### 1664-A FITZGERALD DRIVE, SUITE 323
### PINOLE, CALIFORNIA 94564
TEL: (415) 608-2224    EMAIL: TARMISTEAD@SBCGLOBAL.NET    FAX: (510) 243-0455

Harry S. Stern, Attorney at Law                                    17 December 2008
Rains Lucia Stern, PC
2300 Contra Costa Blvd, Suite 230
Pleasant Hill, California 94523

Re: Capt. Cleveland Brown

Dear Mr. Stern:

Enclosed please find a copy of my letter of 18 November 2008, to which I have not received a
response.

I would like to reiterate my request, made during the interview of Captain Brown and again in
the enclosed letter, for either a photocopy of the complete medical records of Capt. Brown's ER
visit and his subsequent evaluation and surgery by his orthopedic surgeon, or for medical
releases executed and signed by Capt. Brown and directed to the two medical facilities involved.
Please advise.

Thank you for your assistance.

Sincerely

Timothy Armistead, D.Crim, CFS

Cc      Arthur Hartinger, Attorney at Law
        Leslie Knight, Director of Human Resources, City of Richmond

Enc     Letter of 18 November 2008

CITY022641

**EXHIBIT 3**

Request for records by c.o.b. 15 May 2009 - 'AT&T Yahoo! Mail'                    Page 1 of 1



**Request for records by c.o.b. 15 May 2009**                    Tuesday, May 12, 2009 5:29 PM
**From:** "Timothy Armistead" <tarmistead@sbcglobal.net>
  **To:** Hstern@rlslawyers.com
      12 May 2009 ltr 2 Harry Stern.docx (16KB)

Dear Mr. Stern:

Attached as a pdf, please find a letter requesting certain medical records, or executed releases for such records, regarding Captain Cleveland Brown. An original, signed copy of the letter is being mailed to you at your firm's address, as well.

The letter reiterates my requests for records originally made in my interview of Captain Brown in October 2008 and in two follow-up letters to you. The letter also requests additional medical records, or executed releases for same, pertaining to the 1 August 2008 and 9 January 2009 letters that Captain Brown sent to the City. (You were cc'd by Captain Brown on the 9 January 2009 letter, and I gave you the opportunity to read my copy of the 1 August 2008 letter during the interview I conducted with Captain Brown in October 2008.)

Thank you.

**Timothy Armistead, D.Crim, CFS, CFC**
**Armistead Investigative Services**
**1564-A Fitzgerald Drive, Suite 323**
**Pinole, California  94564**
**(415) 608-2224**

*This email may contain contents that are protected by the attorney work product privilege. If you received it in error, please delete it and any attachments and notify the sender.*

ARM0091

## ARMISTEAD INVESTIGATIVE SERVICES
TIMOTHY ARMISTEAD, D.CRIM, CFS, CFC
LICENSE # 11384  ·  ESTABLISHED 1985
1564-A FITZGERALD DRIVE, SUITE 323
PINOLE, CALIFORNIA 94564
TEL.: (415) 608-2224     EMAIL: TARMISTEAD@SBCGLOBAL.NET     ·   FAX: (510) 243-0455

Harry S. Stern, Attorney at Law                                        12 May 2009
Rains Lucia Stern, PC
2300 Contra Costa Blvd, Suite 230
Pleasant Hill, California  94523

Re:  Capt. Cleveland Brown

Dear Mr. Stern:

In November and again in December 2008, I wrote reminding you that in my interview of
Captain Brown in October, you had agreed to consider my request that Captain Brown either
execute a release for medical records regarding his injury of December 2007, or alternatively,
that he simply provide me with copies of such records. To date, you have not responded to my
request.

This letter is to reiterate that request and to make an additional request, as well, in light of a letter
that Captain Brown sent to the City Manager of Richmond dated 9 January of this year. In
pertinent part, in that letter Captain Brown stated, "As you will recall, I ruptured my Achilles
tendon in December of 2007. Originally, I did not think that it was a work related injury as the
precipitating event happened when I was at home. After a consultation with my physician and
attorney, it was determined that the injury could, in fact, be work related."

In an earlier letter hand delivered by Captain Brown to Deputy Chief Edwin Medina on 1 August
2008, Captain Brown wrote that, "After seeing my physician he determined that I had aggravated
a previous injury that had happened in the course and scope of my employment with Richmond."

While it is within my client's authority to direct Captain Brown in for a second interview in
order to pursue these differing explanations as to why Captain Brown filed a workers'
compensation claim for his injury of December 2007, in the interest of efficiency and clarity I
am using the format of a letter to you to request information and medical records, in addition to
those previously requested regarding Captain Brown's diagnosis and surgery for the injury of
December 2007, as follows:

   1) The name(s) and contact information of the physician or physicians referenced in
       the passages quoted above from Captain Brown's letters of August 2008 and January
       2009, along with a record of their determinations and the dates of those determinations;

1
Letter 12 May 2009 Harry S. Stern, Esq.
Captain Cleveland Brown workers' compensation matter

CITY022642

    2)  Copies of, or executed releases to obtain, all records of Captain Brown's consultation with and any treatment by, said physician or physicians referenced in the August 2008 and January 2009 letters; and,

    3)  Copies of or an executed release to obtain records of all work related injury claims that Captain Brown has filed with the City of Richmond since beginning his employment with the Richmond Police Department.

Please provide the records or executed releases that I originally requested in my interview of Captain Brown in October 2008 and again in my two follow-up letters to you of November and December 2008, as well as the contact information and copies of records (or executed releases) referenced in numbers (1) through (3) above, by close of business on Friday, 15 May 2009. If I have not obtained these items by close of business on the 15th, I will finalize my report of investigation with the information currently available to me.

Sincerely,

Timothy Armistead, D.Crim, CFS, CFC

Cc    Randy Riddle, City Attorney of Richmond
      Leslie Knight, Director of Human Resources, City of Richmond

CITY022643

**EXHIBIT 4**



**ARMISTEAD INVESTIGATIVE SERVICES**
LICENSE # 11384 · ESTABLISHED 1985
TIMOTHY ARMISTEAD, D.CRIM, CFS, CFC
1564-A FITZGERALD DRIVE, SUITE 323
PINOLE, CALIFORNIA 94564
TEL: (415) 606-2224 · EMAIL: TARMISTEAD@SBCGLOBAL.NET · FAX: (510) 243-0455

Harry Stern, Attorney at Law                                    3 August 2009
Rains Lucia Stern, PC
2300 Contra Costa Blvd, Suite 230
Pleasant Hill, California  94523

Re: Capt. Cleveland Brown

Dear Mr. Stern:

Enclosed please find a photocopy of a letter from Leslie Knight to Capt. Brown, dated 21 July 2009. Pursuant to the terms of that letter, and to Ms. Knight's request that I re-open my investigation of Capt. Cleveland Brown's workers' compensation claim, this is to direct that Capt. Brown provide me with an executed, signed release for copies of any and all medical records that Dr. Michael T. Monroe or staff or associates of Dr. Monroe have generated regarding all medical services provided to Capt. Brown by Dr. Monroe, his staff or associates, specific to the injury to Capt. Brown's left Achilles tendon in December 2007.

The release should note explicitly that the medical records are to include, but not be limited to, all evaluations and histories taken; notes and calendar entries of any and all consultations between Dr. Monroe and Capt. Brown, whether in person, over the telephone, or written; all written communications between Capt. Brown and Dr. Monroe, his staff or associates; records of any and all conversations between Dr. Monroe and Capt. Brown; surgical reports; radiological reports; reports of any and all histological examinations of Capt. Brown's Achilles tendon; and any and all other records generated in the course of Capt. Brown's treatment by Dr. Monroe. The release should also direct that Dr. Monroe send the copies of the requested records to me at the above address as soon as possible.

Capt. Brown's release should be executed, signed and sent to me in the original at the above address as soon as possible.

Thank you for your cooperation.

Sincerely,

Timothy Armistead, D.Crim, CFS, CFC

Cc     Leslie T. Knight

Letter Harry Stern re. release of medical records
Capt. Cleveland Brown workers' compensation claim investigation

CITY023898