IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JENKINS, et al., | No. C -08-03401-EMC (EDL) |
| Plaintiff, | **ORDER CONTINUING HEARING ON MOTION TO COMPEL** |
| v. | |
| CITY OF RICHMOND, | |
| Defendant. | |

In light of the November 5, 2012 trial date on Plaintiff Brown's claims, the Court previously set an expedited briefing schedule on Defendant's Motion to Compel (Dkt. #480) and set it for hearing on October 16, 2012, at 9:00 am. Defendant has notified the Court that the parties have reached a tentative settlement which they expect to be finalized by October 17. Therefore, the Court hereby continues the hearing on Defendant's motion to compel until October 30, 2012 at 9:00 a.m. If the case settles prior to that date, Defendant shall immediately withdraw the motion. If the case does not settle, Plaintiff's opposition to the motion shall be due on October 19 and Defendant's reply shall be due on October 23.

IT IS SO ORDERED.

Dated: October 10, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge