Arthur A. Hartinger (SBN: 121521)
ahartinger@meyersnave.com
Geoffrey Spellberg (SBN: 121079)
gspellberg@meyersnave.com
Camille Pating (SBN: 122890)
cpating@meyersnave.com
Nancy Park (SBN: 236750)
npark@meyersnave.com
MEYERS NAVE RIBACK SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
City of Richmond

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JENKINS, SHAWN PICKETT, AND ARNOLD THREETS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, a California Governmental Entity; and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE NO. C 08-03401 EMC<br><br>**NOTICE OF SETTLEMENT AND WITHDRAWAL OF DISCOVERY MOTION ; ORDER**<br><br>Trial Date: November 5, 2012 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Defendant City of Richmond hereby gives notice that the proposed settlement between Richmond and plaintiff Cleveland Brown was approved by the Richmond City Council on October 16, 2012. The settlement agreement has been fully signed.

As a result of the settlement, defendant Richmond requests that the November 5, 2012 trial date be vacated. Richmond anticipates that plaintiff Brown will be shortly requesting dismissal of his case.

In addition, Richmond hereby withdraws its pending motion to compel which is set for

Case No. C 08-03401 EMC
Notice of Settlement

1 | hearing on October 30, 2012 before Magistrate LaPorte.

2

3 | DATED: October 17, 2012          MEYERS, NAVE, RIBACK, SILVER & WILSON

4

5                                    By: _____
6                                        Geoffrey Spellberg
                                         Attorneys for Defendant City of Richmond
7 | 1983632.1

8

9 | IT IS HEREBY ORDERED that the 11/5/12 jury trial as to Plaintiff Brown is hereby vacated. Parties are directed to file a stipulation for dismissal as to Plaintiff Brown.

10

11 | _____
12 | Edward M. Chen
     United States District Judge

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen