Arthur A. Hartinger (SBN: 121521)
ahartinger@meyersnave.com
Geoffrey Spellberg (SBN: 121079)
gspellberg@meyersnave.com
Nancy Park (SBN: 236750)
npark@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

EXEMPT FROM FILING FEES
GOV'T CODE § 6103

Attorneys for Defendant
CITY OF RICHMOND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES JENKINS, SHAWN PICKETT, AND ARNOLD THREETS, AND CLEVELAND BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, a California Governmental Entity,<br><br>Defendant. | Case No. C-08-03401 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS OF CLEVELAND BROWN**<br><br>Trial Date:     November 5, 2012 |

1

2       IT IS HEREBY STIPULATED, by and between the parties to this action, through their

3   designated counsel, that Cleveland Brown hereby dismisses, with prejudice, his claims in the

4   above-captioned action pursuant to Federal Rules of Civil Procedure (FRCP) 41(a)(i) and in

5   accordance with the terms of the settlement agreement signed by Plaintiff Brown on October 11,

6   2012.

7

8   DATED:  October 22, 2012         MEYERS, NAVE, RIBACK, SILVER & WILSON

9

10                 By:      /s/Arthur A. Hartinger

11                      Arthur A. Hartinger
                        Attorneys for Defendant

12                      CITY OF RICHMOND

13  DATED:  October  21, 2012     Jonathan Matthews, Esq.

14

15                 By:      /s/Jonathan Matthews

16                      Jonathan Matthews
                        Attorney for Plaintiff

17                      CLEVELAND BROWN

18

19                      **ORDER**

20

21      PURSUANT TO STIPULATION BETWEEN THE PARTIES, the Court hereby

22  dismisses, with prejudice, all claims of Cleveland Brown in Case No. C 08-03401 EMC.

23

24      IT IS SO ORDERED

25

26  DATED:  October __23__, 2012

27      The _____
        Judge Edward M. Chen

28  1983628.1

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Edward M. Chen

NORTHERN DISTRICT OF CALIFORNIA