1 | David M. Poore, SBN 19254
Scott A. Brown, SBN 177099
2 | BROWN | POORE LLP
1350 Treat Blvd., Suite 400
3 | Walnut Creek, California 94597
Telephone:     (925) 943-1166
4 | Facsimile:     (925) 943-1164
dpoore@bplegalgroup.com
5
Peter Bonis, SBN 203783
6 | LAW OFFICES OF PETER BONIS
1990 California Street, 8th Floor
7 | Walnut Creek, California 94596
Telephone:     (925) 287-6428
8 | peter@bonislaw.com
9 | Attorneys for Plaintiff
SHAWN PICKETT
10

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | SAN FRANCISCO DIVISION

14

15 | JAMES JENKINS, SHAWN PICKETT,
ARNOLD THREETS, AND CLEVELAND
16 | BROWN,

| Case No. C-08-03401 EMC
Judge:   Hon. Edward M. Chen

17 |                       Plaintiffs,

| **STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING THE FURTHER CASE MANAGEMENT CONFERENCE**

18 |           v.

19 | CITY OF RICHMOND, a California
Governmental Entity,

| Date:     January 31, 2013
Time:     10:30 a.m.
Crtrm.:   1

20

21 |                       Defendant.

| Pretrial Date:     July 9, 2013
Trial Date:         July 29, 2013

22

23

24 |     Plaintiff Shawn Pickett, John Bell the Chapter 7 Trustee of the estate of Plaintiff Arnold

25 | Threets, and real party in interest, and Defendant City of Richmond hereby submit this Stipulation

26 | and Proposed Order to continue the presently scheduled Case Management Conference on January

27 | 31, 2013, for a period of two weeks to February 14, 2013, or any first date thereafter that the Court

28 | has availability for a further Case Management Conference.

C-08-03401 EMC

1    There is good cause in which to grant this request, as the Bankruptcy Trustee, Mr. Bell is

2    the representative of the Chapter 7 estate and is in the process of interviewing and retaining special

3    litigation counsel to represent the estate in this litigation.  The Trustee reasonably believes that he

4    only needs an additional two weeks to finalize the retention and obtain special litigation counsel to

5    represent the Chapter 7 estate.

6    There is no prejudice to any party as a result of this request, and this request promotes

7    judicial economy, in that convening a further Case Management Conference on January 31, 2013,

8    would likely be premature, and a waste of judicial resources, as the Trustee is in the process of

9    making the final retention decision in this litigation, and the Trustee cannot move forward until

10   this decision is made.

11   SO STIPULATED.

12   DATED:  January 23, 2013            MEYERS, NAVE, RIBACK, SILVER & WILSON

13

14                                       By:      //s// Geoffrey Spellberg

15                                               Geoffrey Spellberg
                                                 Attorneys for Defendant
16                                               CITY OF RICHMOND

17
     DATED:  January 23, 2013            BROWN | POORE LLP
18

19

20                                       By:      //s// David M. Poore

21                                               David M. Poore
                                                 Attorneys for Plaintiff
22                                               SHAWN PICKETT

23   DATED:  January 23, 2013            CHAPTER 7 BANKRUPTCY TRUSTEE

24

25                                       By:      //s// John Bell

26                                               John Bell
                                                 Trustee for Plaintiff Threats Bankruptcy Estate
27                                               ARNOLD THREETS

28

# [PROPOSED] ORDER

IT IS ORDERED that the further Case Management Conference, which is presently scheduled for January 31, 2013, is hereby continued to February 14, 2013, at 10:30 a.m. The Court finds that good cause exists for this continuance of the hearing, as the Bankruptcy Trustee needs additional time to retain special litigation counsel. The parties are ordered to file updated Joint Case Management Conference statements seven (7) days before the hearing.

SO ORDERED.

Dated: January __ 24 , 2013



HON. EDWARD CHEN
UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Edward M. Chen

Stipulation and Proposed Order to Continue Case Management Conference