Arthur A. Hartinger (SBN: 121521)
ahartinger@meyersnave.com
Geoffrey Spellberg (SBN: 121079)
gspellberg@meyersnave.com
Nancy Park (SBN: 236750)
npark@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
CITY OF RICHMOND

EXEMPT FROM FILING FEES
GOV'T CODE § 6103

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES JENKINS, SHAWN PICKETT, ARNOLD THREETS, AND CLEVELAND BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, a California Governmental Entity,<br><br>Defendant. | Case No. C-08-03401 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Trial Date: July 29, 2013 |

The Case Management Conference in the above related case is currently set for March 14, 2013 in this Court.

The Court has ordered defendant Richmond and the Bankruptcy Trustee for the Threets Bankruptcy Estate to attend settlement discussions with Magistrate Judge Cousins. However, that settlement session has not yet been set and will certainly not be concluded prior to the currently set March 14, 2013 CMC.

The parties believe that until that settlement conference is held and concluded that there is little need for the CMC to proceed since there is not any change to the underlying circumstances

which existed at the time of the prior CMC.

Accordingly, the parties stipulate and request that the currently set CMC be continued for 30-45 days to permit conclusion of the settlement discussions with Magistrate Judge Cousins.

IT IS SO STIPULATED

DATED: March 7, 2013      MEYERS, NAVE, RIBACK, SILVER & WILSON

By:    /s/ Geoffrey Spellberg
Geoffrey Spellberg
Attorneys for Defendant
CITY OF RICHMOND

DATED: March 7, 2013      BROWN | POORE LLP

By:    /s/ David M. Poore
David M. Poore
Attorneys for Plaintiff Shawn Pickett

DATED: March 7, 2013

By:    /s/ John Bell
John Bell
Arnold Threets's Bankruptcy Trustee

## ORDER

PURSUANT TO STIPULATION BETWEEN THE PARTIES, the Court hereby continues the Case Management Conference to ___April 18___, 2013, at ___10:30 a.m.___.

IT IS SO ORDERED:

DATED: March ___11___, 2013

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

2056678.1