1 | WILLIAM C. CALLAHAM, ESQ. / SBN: 60728
**WILCOXEN CALLAHAM, LLP**
2 | 2114 K Street
Sacramento, CA 95816
3 | Telephone: (916) 442-2777
Facsimile: (916) 442-4118
4 |

5 | Attorneys for Trustee, JOHN BELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES JENKINS, SHAWN PICKETT, ARNOLD THREETS, AND CLEVELAND BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND,<br><br>Defendants. | Case No.: C-08-3401 EMC<br>Judge: Hon. Edward M. Chen<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND ORDER**<br><br>Trial Date: July 29, 2013 |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the currently scheduled Settlement Conference scheduled for Tuesday, April 30, 2013, at 1:30 p.m. is continued to May 13, 2013, at 1:30 p.m. in Courtroom A, 15th Floor, in the District Court located at 450 Golden Gate Avenue in San Francisco.

**IT IS HEREBY FURTHER STIPULATED** that settlement conference statements are due on May 8, 2013.

//

//

//

(00063499)

-1-
STIPULATION TO CONTINUE SETTLEMENT CONFERENCE

For convenience of the Court and parties, and to speed the full execution of this Stipulation, it is further agreed that the Stipulation may be signed in counterparts and facsimile signatures will be acceptable.

Dated: April 26, 2013

WILCOXEN CALLAHAM, LLP

By: _____
WILLIAM C. CALLAHAM

DATED: April 26, 2013

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____
Geoffrey Spellberg
Attorneys for Defendant
CITY OF RICHMOND

## ORDER

**IT IS SO ORDERED** that the settlement conference scheduled for April 30, 2013, at 1:30 p.m. is rescheduled to May 13, 2013, at 1:30 p.m., in Courtroom A, 15th Floor, in the District Court located at 450 Golden Gate Avenue in San Francisco.

DATED: April 26, 2013

By: _____
JUDGE COUSINS

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

{00063499}