In the United States District Court
for the Northern District of California
District Judge Edward M. Chen

## CIVIL MINUTES

**Date:** December 5, 2013

**Case No. and Name:** C08-3401 EMC  Jenkins et al. v. City of Richmond

**Deputy Clerk:** Betty Lee

### ORDER:

As stated during the conference call with court staff, the parties are ordered to file joint proposed jury instructions that comply with the Court's Civil Pretrial Instructions.  In addition to the requirement that the proposed instructions be submitted in a joint filing, the parties are also advised that each disputed instruction must be followed with a brief argument from both sides and citations to authority.  For the parties' reference, the Civil Pretrial Instructions may be found at http://www,cand.uscourts.gov/emcorders

The joint proposed jury instructions shall be filed no later than 5:00pm, Thursday, December 12, 2013.