UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JENKINS, *et al.*, | No. C-08-3401 EMC |
| Plaintiffs, | |
| v. | **ORDER REQUIRING PLAINTIFF TO FILE A TRIAL BRIEF** |
| CITY OF RICHMOND, | |
| Defendant. _____/ | |

Plaintiff has not filed a Trial Brief as required by the Court's Civil Pretrial Instructions. Plaintiff is **ORDERED** to file this brief by noon, Wednesday, December, 2013. This brief shall not exceed 15 pages, shall summarize Plaintiff's theory of the case, identify key evidence, and provide summary briefing on any controlling issues of law.

Dated: December 6, 2013

_____
EDWARD M. CHEN
United States District Judge