**In the United States District Court**
**for the Northern District of California**
**District Judge Edward M. Chen**

## CIVIL MINUTES

**Date:** December 10, 2013

**Case No. and Name:** C08-3401 EMC  Jenkins et al. v. City of Richmond

**Deputy Clerk:** Betty Lee

**MINUTE ORDER:**

IT IS HEREBY ORDERED that the Pretrial Conference is rescheduled from 12/17/13 to 12/19/13 at 3:00 p.m.  This rescheduling is due to counsel's failure to comply with the CMC and pretrial order.