**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES ORDER**

| | |
|---|---|
| **Date:** | December 11, 2013 |
| **Case No. and Name:** | C08-3401 EMC  Jenkins et al. v. City of Richmond |
| **Deputy Clerk:** | Betty Lee |

**ORDER REGARDING TRIAL SCHEDULE:**

IT IS SO ORDERED that jury selection is to begin on Friday, January 3, 2014 at 8:30 a.m. and to continue on January 6, 2014 if necessary.  Jury trial shall begin on Tuesday, January 21, 2014 at 8:30 a.m.  Trial is expected to be completed by February 7, 2014.