UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES JENKINS, *et al.*,

        Plaintiffs,

    v.

CITY OF RICHMOND,

        Defendant.
_____/

No. C-08-3401 EMC

**ORDER RE PRE-MARCH 2007 EVIDENCE**

      Before the Court are the parties' motions in limine. Defendants' motion in limine No. 2 and Plaintiff's motion in limine No. 2 touches on the admissibility of pre-March 2007 evidence.

      Plaintiff is hereby **ORDERED** to file a statement in which he lists all pre-March 2007 evidence he intends to introduce at trial. In addition, for each instance of pre-March 2007 evidence, Plaintiff shall state Plaintiff's theory as to why the evidence is relevant to the seven acts of alleged discrimination and retaliation involved in this case.

      This statement shall be filed no later than end of the day on Friday, December 13, 2013.

Dated: December 12, 2013

                                                      _____
                                                      EDWARD M. CHEN
                                                      United States District Judge