UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JENKINS, *et al.*, | No. C-08-3401 EMC |
| Plaintiffs, | |
| v. | **ORDER RE PLAINTIFF'S MOTION IN LIMINE NO. 7** |
| CITY OF RICHMOND, | |
| Defendant. | |

Before the Court are the parties' motions in limine. Defendant's motion in limine No. 2 and Plaintiff's motion in limine No. 7 touches on the admissibility of testimony by Plaintiff's co-plaintiffs in this action.

Plaintiff is hereby **ORDERED** to file a statement in which he lists the co-Plaintiff witnesses he intends to call at trial and the specific incidents about which he anticipates eliciting testimony.

This statement shall be filed no later than end of the day on Friday, December 13, 2013.

Dated: December 12, 2013

_____
EDWARD M. CHEN
United States District Judge