UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JENKINS, *et al.*, | No. C-08-3401 EMC |
| Plaintiffs, | |
| v. | **ORDER RE PLAINTIFF'S WITNESS LIST AND PRE-MARCH 2007 EVIDENCE** |
| CITY OF RICHMOND, | |
| Defendant. _____/ | |

On November 26, 2013, as part of the party's Joint Pretrial Conference Statement, Plaintiff provided his witness list. Dkt. No. 559, at 13. This Court finds this witness list deficient in two respects. First, the bulk of this witness list consists simply of Plaintiff re-filing the witness list Plaintiff's prior counsel submitted to the Court in May 2010. *Id.* at 15. A number of developments have occurred since then, including the removal of three plaintiffs from this action. Second, Plaintiff's witness list does not comply with this Court's Pretrial Civil Instructions which require that a witness list provide, "[f]or each witness . . . an estimate regarding the length of testimony (including direct and cross-examination)."

Accordingly, Plaintiff is **ORDERED** to file an updated witness list that complies with this Court's order and does not consist of Plaintiff merely restating a three and a half year old witness list. Rather, Plaintiff shall only include those witnesses who Plaintiff reasonably intends to call at trial.

Further, on December 12, 2013, this Court ordered Plaintiff to provide a list of "all pre-March 2007 evidence he intends to introduce at trial. In addition, for each instance of pre-March

2007 evidence, Plaintiff shall state Plaintiff's theory as to why the evidence is relevant to the seven acts of alleged discrimination and retaliation involved in this case." Dkt. No. 578. Plaintiff filed his response on December 14, 2013. Dkt. No. 582. Plaintiff's response lists the pre-March 2007 evidence he seeks to introduce but does not state the theory of relevance on which he is relying to introduce this evidence. Accordingly, Plaintiff is **ORDERED** to state, for each pre-March 2007 piece of evidence or testimony he seeks to introduce, the theory of relevance on which he is relying for the admissibility of this evidence.

Plaintiff's revised witness list and revised statement regarding pre-March 2007 evidence **shall be filed no later than 5:00pm, Wednesday, December 18, 2013**. Failure to comply with this order may result in sanctions, including evidentiary sanctions.

Dated: December 17, 2013

_____
EDWARD M. CHEN
United States District Judge