UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JENKINS, *et al.*, | No. C-08-3401 EMC |
| Plaintiffs, | |
| v. | **ORDER RE PLAINTIFF'S OFFER OF PROOF** |
| CITY OF RICHMOND, | |
| Defendant. _____/ | |

The Court is in receipt of Plaintiff's offer of proof as to the involvement of Ms. Ritter and Deputy Chief Medina in the captain promotion process. As stated at the Pretrial Conference, Defendant's response shall be filed no later than 12:00 Noon, Monday, December 23, 2013. In addition to their response, Defendant shall file as attachments to their response any exhibits cited by the Plaintiff in his offer of proof as well as any additional exhibits it feels are relevant.

IT IS SO ORDERED.

Dated: December 20, 2013

_____
EDWARD M. CHEN
United States District Judge