UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAWN PICKETT,

        Plaintiff,

    v.

CITY OF RICHMOND,

        Defendant.

_____/

No. C08-3401 EMC

**ORDER DIRECTING COURT TO FURNISH DAILY REFRESHMENTS**

    **IT IS HEREBY ORDERED** that the United States District Court shall furnish daily refreshments for the nine (9) members of the jury in the above-entitled matter at the expense of the United States on **January 21, 22, 24, 27, 28, 29, February 3, 4, 5 and 7, 2014**, and all days thereafter as long as jury is in deliberation. Refreshments shall be delivered to the jury room for Courtroom 5, 17th Floor by 8:00 a.m.

    IT IS SO ORDERED.

Dated: December 20, 2013

                              EDWARD M. CHEN
                              United States District Judge