1  WILLIAM C. CALLAHAM, SBN 60728
   **WILCOXEN CALLAHAM, LLP**
2  2114 K St
   Sacramento, CA 95816
3  Telephone: (916) 442-2777
   Facsimile: (916) 442-4118
4
   Attorneys for John Bell, Chapter 7 Trustee
5

6              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
7              SAN FRANCISCO DIVISION

8  JAMES JENKINS, SHAWN              Case No. C-08-03401 EMC
   PICKETT, ARNOLD THREETS, and
9  CLEVELAND BROWN,

10                                   **STIPULATION AND ORDER
          Plaintiffs,                DISMISSING CLAIMS OF ARNOLD
11                                   THREETS, WITH PREJUDICE**

12        v.

13
   CITY OF RICHMOND, a California
14 Governmental Entity,

15
          Defendant.
16

17

18

19

20

21        John Bell, Chapter 7 Trustee of the bankruptcy estate of Arnold Threets,

22 (hereinafter referred to as the "Trustee"), the real party in interest, and the City of

23 Richmond (hereinafter referred to as the "City") do hereby stipulate and agree as

24 follows:

25        The Trustee and the City do hereby stipulate and agree, by and through their

26 respective counsel, that all claims and causes of action asserted by Arnold Threets

                              Page 1 of 2

in the instant case be dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and in accordance with the terms of a Settlement Agreement and General Release, which was approved by the United States Bankruptcy Court for the Eastern District of California on December 6, 2013 The Trustee and the City shall each bear their own attorneys' fees and costs in connection with the above-captioned case.

**IT IS SO STIPULATED.**

Dated: 12-30-13

Respectfully submitted,

**WILCOXEN CALLAHAM, LLP**

By: _____
William C. Callaham,
Attorneys for Chapter 7
Trustee John Bell

Dated: 1/17/14

**MEYERS, NAVE, RIBACK, SILVER & WILSON**

By: _____
Geoffrey Spellberg,
Attorneys for the City of
Richmond

## ORDER

Pursuant to the Stipulation between the Trustee and the City, the Court hereby dismisses, with prejudice, all claims and causes of action asserted by Arnold Threets in Case No. C-08-03401 EMC.

**IT IS SO ORDERED.**

Dated: 1/24/14 _____

Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APPROVED

Judge Edward M. Chen