1 | Arthur A. Hartinger (SBN: 121521)
ahartinger@meyersnave.com
2 | Geoffrey Spellberg (SBN: 121079)
gspellberg@meyersnave.com
3 | Camille Pating (SBN: 122890)
cpating@meyersnave.com
4 | MEYERS NAVE RIBACK SILVER & WILSON
5 | 555 12th Street, Suite 1500
Oakland, CA 94607
6 | Telephone: (510) 808-2000
7 | Facsimile: (510) 444-1108

8 | Attorneys for Defendant CITY OF RICHMOND

9

10

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES JENKINS, SHAWN PICKETT, ARNOLD THREETS, and CLEVELAND BROWN, | EMC<br>CASE NO. C 08-03401 ~~MHP~~<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS OF PICKETT WITH PREJUDICE** |
| Plaintiffs, | |
| v. | |
| CITY OF RICHMOND, a California Governmental Entity, | |
| Defendant. | |

Shawn Pickett and the City of Richmond (hereinafter referred to as the "City") do hereby stipulate and agree as follows:

Shawn Pickett and the City do hereby stipulate and agree, by and through their respective counsel, that all claims and causes of action asserted by Shawn Pickett in the instant case be dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and in accordance with the terms of the Settlement Agreement entered into between the parties. Shawn Pickett and the City shall each bear their own attorneys' fees and costs in

2226622.1                                             1

1    connection with the above-captioned case.

2        **IT IS SO STIPULATED.**

3

4    DATED: 1/20/17                          Respectfully submitted,

5                                            BROWNE AND POORE

6

7                                            By
                                             David Poore

8                                            Attorneys for Shawn Pickett

9    DATED: 1/29/14                          MEYERS, NAVE, RIBACK, SILVER & WILSON

10

11                                           By:

12                                           Geoffrey Spellberg
                                             Attorneys for City of Richmond

13

14                        **ORDER**

15        Pursuant to the Stipulation between Shawn Pickett and the City, the Court hereby

16   dismissed, with prejudice, all claims and causes of action asserted by Shawn Pickett in Case No.

17   C-08-03401 EMC.

18        **IT IS SO ORDERED.** The Clerk of the Court is directed to close this
                              case.

19

20   Date:        3/10/14

21                                           Judge Edward M. Chen

22

23                                           IT IS SO ORDERED

24                                           Judge Edward M. Chen

25

26

27

28
     2226622.1                              2
                        STIPULATION AND ORDER DISMISSING CLAIMS